220 F.2d 442
 Clinton "Pickhandle" JONES
v.
UNITED STATES of America.
 No. 5065.
 United States Court of Appeals, Tenth Circuit.
 January 7, 1955.
 
 Appeal from the United States District Court for the District of Wyoming.
 J. J. Hickey and Philip White, Cheyenne, Wyo., for appellant.
 John F. Raper, Jr., U. S. Atty., Cheyenne, Wyo., for appellee.
 Before PHILLIPS, Chief Judge, and MURRAH and PICKETT, Circuit Judges.
 PER CURIAM.
 
 
 1
 Appeal docketed and dismissed, pursuant to stipulation.